THE PEOPLE OF THE STATE OF NEW YORK ex rel. ABRAHAM H. ELKIND et al., Appellants, against ABRAHAM ROSENBLUM et al., Respondents.

Argued April 15, 1946; decided May 29, 1946.

930

*Nathaniel L. Goldstein, Attorney-General (Theodore Kiendl and Francis W. Phillips of counsel), for appellants.*

*Oliver C. Carpenter, Corporation Counsel of the City of Yonkers, amicus curiæ,* in support of appellants' position.

*Morris L. Rosenwasser* for Abraham Rosenblum, respondent.

*William J. Wallin* for William Crocker, respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND and THACHER, JJ. Dissenting: DYE, J.